**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| R. SCOTT PUHN, | ) |
| BEVERLY PUHN, | ) |
| | ) |
| Plaintiffs, | ) No. 1:06-cv-347 (EGS) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF APPEARANCE**

Please enter the appearance of Beatriz T. Saiz as attorney for the United States in

the above-captioned proceeding.

DATED: July 3, 2006.

Respectfully submitted,

/s/ Beatriz T. Saiz
BEATRIZ T. SAIZ
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Ben Franklin Station
Washington, DC 20044
Phone/Fax: (202) 307-6585/514-6866
Email: Beatriz T.Saiz@usdoj.gov

OF COUNSEL:
KENNETH L. WAINSTEIN
United States Attorney

## **CERTIFICATE OF SERVICE**

IT IS CERTIFIED that the foregoing NOTICE OF APPEARANCE was served upon

the following individual(s) on July 3, 2006, by sending a copy by First Class mail, postage

prepaid, addressed as follows:

> R. Scott Puhn
> Beverly Puhn
> 1750 Brothers Lane, NW
> Poulsbo, Washington 98370

> _____/s/ Beatriz T. Saiz_____
> BEATRIZ T. SAIZ