**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| R. SCOTT PUHN, | ) | |
| BEVERLY PUHN, | ) | |
| | ) | |
| Plaintiffs, | ) | No. 1:06-cv-347 (EGS) |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

## <u>ORDER</u>

Having considered the UNITED STATES' MOTION TO DISMISS, the supporting

memorandum of points and authorities, any opposition and reply thereto, and the

entire record of this proceeding, it is by the Court

ORDERED that the motion is GRANTED;

ORDERED that this action be, and is, DISMISSED;  and it is further

ORDERED that the Clerk shall distribute copies of this order to the persons listed

below.

SO ORDERED this _____day of _____2006.

_____

_____

UNITED STATES DISTRICT JUDGE

COPIES TO:

BEATRIZ T. SAIZ
Trial Attorney, Tax Division_____
U. S. Department of Justice
Post Office Box 227
Washington, DC  20044

R. SCOTT PUHN
BEVERLY PUHN
1750 Brothers Lane, NW
Poulsbo, Washington 98370_____