IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| R. SCOTT PUHN, <br> BEVERLY PUHN, <br><br>     Plaintiffs, <br><br> v. <br><br> UNITED STATES, <br><br>     Defendant. | ) <br> ) <br> ) <br> ) No. 1:06-cv-347 (EGS) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**CERTIFICATE OF SERVICE**

IT IS CERTIFIED that the foregoing MOTION TO DISMISS, supporting MEMORANDUM, and proposed ORDER were served upon the following individual(s) on July 3, 2006, by sending a copy by First Class mail, postage prepaid, addressed as follows:

        R. Scott Puhn
        Beverly Puhn
        1750 Brothers Lane, NW
        Poulsbo, Washington 98370

          /s/ Beatriz T. Saiz
        BEATRIZ T. SAIZ