# AFFIDAVIT OF PROCESS SERVER

**United States District Court**                          **District Of Columbia**

**R. Scott Puhn, and Beverly Puhn**                       Attorney:

    Plaintiff                         R. Scott Puhn and Beverly Puhn
                                                          1750 Brothers Lane, NW
vs.                                                       Poulsbo, WA. 98370

**United States**

    Defendant

**Case Number:** 1:06CV00347                              **Court Date:**
                                                          **Court Time:**

Legal documents received by Same Day Process Service on May 02nd, 2006 at 12:55 PM to be served upon **Kenneth L. Wainstein, United States Attorney, District of Columbia at 555 4th St., NW, Washington, DC. 20530**

I, Brandon A. Snesko, swear and affirm that on **May 02nd, 2006 at 4:06 PM**, I did the following:

Served a **Government Agency** by delivering a conformed copy of this **Summons and Complaint**, to **Debra Muhammed** as **Legal Assistant** of the within named agency, to wit: **US Attorney** and informing that person of the contents of the documents. The service date, time, my initials and/or name, and identification number, if required by state statute, were listed on the document served.

**Description of Person Accepting Service:**
Sex: Female   Age: 36   Height: 5'4   Weight: 140   Skin Color: Black   Hair Color: Black   Glasses: N

**Supplemental Data Appropriate to this Service:**

I declare that I am eighteen years of age or older and have no interest in the above legal matter. I attest that I am certified, appointed by sheriff or motion and order and that I am legally authorized to serve court documents within the above named circuit / county.

*[signature]*

Brandon A. Snesko
Process Server

**Same Day Process Service**
1322 Maryland Ave., NE
Washington, DC 20002

(202) 398-4200

Internal Job ID: 0000000442

RECEIVED
JUL 1 2 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

Copyright 2005 Process Server Central, LLC. All rights reserved.