# AFFIDAVIT OF PROCESS SERVER

| United States District Court | District Of Columbia |
|---|---|
| | Attorney: |
| R. Scott Puhn, and Beverly Puhn | |
|      Plaintiff | R. Scott Puhn and Beverly Puhn |
| | 1750 Brothers Lane, NW |
| vs. | Poulsbo, WA. 98370 |
| United States | |
|      Defendant | |

Case Number: 1:06CV00347                              Court Date:
                                                                          Court Time:

Legal documents received by Same Day Process Service on May 02nd, 2006 at 12:55 PM to be served upon **Alberto Gonzales, United States Attorney General at 950 Pennsylvania Avenue, Washington, DC. 20530**

I, Brandon A. Snesko, swear and affirm that on **May 02nd, 2006 at 3:45 PM**, I did the following:

Served a **Government Agency** by delivering a conformed copy of this **Summons and Complaint**, to **Nakeya Miller** as **Contractor / Authorized Agent** of the within named agency, to wit: **US Attorney General** and informing that person of the contents of the documents. The service date, time, my initials and/or name, and identification number, if required by state statute, were listed on the document served.

**Description of Person Accepting Service:**
Sex: Female   Age: 37   Height: 5'7   Weight: 170   Skin Color: Black   Hair Color: Black   Glasses: N

**Supplemental Data Appropriate to this Service:**

I declare that I am eighteen years of age or older and have no interest in the above legal matter. I attest that I am certified, appointed by sheriff or motion and order and that I am legally authorized to serve court documents within the above named circuit / county.

_(signature)_
Brandon A. Snesko
Process Server

**Same Day Process Service**
1322 Maryland Ave., NE
Washington, DC 20002

(202) 398-4200

Internal Job ID: 0000000441

RECEIVED
JUL 12 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

Copyright 2005 Process Server Central, LLC. All rights reserved.