UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

R. SCOTT PUHN AND BEVERLY PUHN
      Plaintiff,

v.                                      Civil Action No. 06-347

UNITED STATES
      Defendant

**JUDGMENT
FOR DEFENDANT**

This Cause having been considered by the Court on Defendant's Motion to Dismiss,

before the Honorable Emmet G. Sullivan, Judge presiding, and the issues having been duly

briefed by all parties and the court having rendered its decision

granting defendant's motion; now therefore, pursuant to the decision of the Court,

    IT IS ORDERED, ADJUDGED AND DECREED that the Clerk shall enter final

judgment in favor of defendant and against plaintiffs.

                NANCY MAYER-WHITTINGTON, Clerk

Dated: February 6, 2007                      By:
                                              Carol Votteler, Deputy Clerk