**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| R. SCOTT PUHN and BEVERLY PUHN, )<br><br>      Plaintiffs, )<br><br>   v. )<br><br>UNITED STATES, )<br><br>      Defendant. ) | Civil Action No. 06-347 (EGS) |

## ORDER

Pending before the Court is pro se plaintiffs' motion for extension of time to file a response to defendant's motion to dismiss. As this motion was filed after the Court granted defendant's motion to dismiss, and judgment has already been entered against plaintiffs, the Court will construe plaintiffs' motion as a motion for extension of time to file a motion to amend the judgment. Accordingly, it is

**ORDERED** that plaintiffs' motion, so construed, is **GRANTED**; and it is

**FURTHER ORDERED** that plaintiffs' motion to amend the judgment pursuant to Federal Rule of Civil Procedure 60(b) is due no later than **MAY 2, 2007**.

SO ORDERED.

**Signed:   Emmet G. Sullivan**
**           United States District Judge**
**           April 2, 2007**